# Third District Court of Appeal

## State of Florida

Opinion filed April 15, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-525
Lower Tribunal No. 12-27546
_____

**Daniel Calderon,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Daniel Calderon, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before LAGOA, SALTER, and FERNANDEZ, JJ.

PER CURIAM.

This is an appeal of an order summarily denying a motion under Florida Rule of Criminal Procedure 3.801(a). On appeal from a summary denial, this

Court must reverse unless the postconviction record, see Fla. R. App. P. 9.141(b)(2)(A), shows conclusively that the appellant is entitled to no relief. See Fla. R. App. P. 9.141(b)(2)(D).

Because the record now before us fails to make the required showing, we reverse the order and remand for further proceedings. If the trial court again enters an order summarily denying the postconviction motion, the court shall attach record excerpts conclusively showing that the appellant is not entitled to any relief.

Reversed and remanded for further proceedings.